UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BORELLI, CHRISTIANA PITASSI, and JAMES MUNIZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK DIAMOND AGGREGATES, INC., and BASIC RESOURCES INC.,<br><br>Defendants. | No.  2:14-cv-2093-KJM-KJN<br><br>ORDER |

Plaintiffs moved the court for an order substituting Lynett Ann Muniz as personal representative of the Estate of James Lynden Muniz in place of plaintiff "James Muniz" in this matter.  Mot. to Substitute Pl., ECF No. 89.

The court, having fully reviewed plaintiffs' motion, the supporting points and authorities filed in support thereof, and any order of the Stanislaus County Superior Court with respect to the request of Lynett Ann Muniz for letters testamentary in RE Case No.: PR-20-00043, *see* Second Supp. Sohnen Decl., ECF No. 99, hereby grants plaintiffs' motion for an order substituting "Lynett Ann Muniz as personal representative of the Estate of James Lynden Muniz" in place of plaintiff "James Muniz" in this matter, so that decedent's claims survive, and the action on his behalf may proceed.

1          IT IS SO ORDERED

2   DATED: September 4, 2020.

CHIEF UNITED STATES DISTRICT JUDGE